IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MARLON BILLOPS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 05-3057 |
| | ) |
| ALAN UCHTMAN, Warden, | ) |
| | ) |
| Respondent. | ) |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Petitioner Marlon Billops' Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis (d/e 27) and his Motion for a Certificate of Appealability (d/e 24). The Court has reviewed the Petitioner's financial affidavit and determined that he should be allowed to proceed in forma pauperis. This Court, however, may only issue a certificate of appealability if Billops makes a substantial showing of a violation of his constitutional rights. 28 U.S.C. §2253(c); Fed. R. App. P. 22(b). To meet this standard, Billops must show that a reasonable jurist would find his constitutional claims that he wishes to raise on appeal to be debatable. Miller-El v. Cockrell, 537 U.S. 322, 336

(2003). This Court does not believe that a reasonable jurist would find any of the constitutional issues raised by Billops to be debatable. The Court therefore denies his request for a certificate of appealability.

THEREFORE, Petitioner Billops' Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis (d/e 27) is ALLOWED. He may proceed in forma pauperis on appeal. Billops' Motion for a Certificate of Appealability (d/e 24) is DENIED.

IT IS THEREFORE SO ORDERED.

ENTER:  May 19, 2006.

    FOR THE COURT:

                                 s/ Jeanne E. Scott
                                 JEANNE E. SCOTT
                                 UNITED STATES DISTRICT JUDGE